

[SHEAFE v. HAWKINS]

Sampson Sheafe plantiff against Thomas Hawkins Defend⁺ in an Action of the case for not giueing possession of certaine howses & Land lieing in Boston due to said Sheafe vpon or by a Deed or Mortgage for the same forfeited bearing Date the fiueteenth of June One Thousand six hundred seauenty & one refference thereto beeing had with other Due Damages according to Attachm⁺ Dated. the 6ᵗʰ of October 1671 After the Attachm⁺ & Euidences in the case produced were read comitted to the Jurie & are on file with the Records of this Court the Jurie brought in their Verdict they found for the plantiff that the Defendant giue him possession according to Attachm⁺ & costs of Court wᶜʰ is twenty fiue shillings & eight pence.

Execucion Issued 5ᵗʰ of yᵉ 11 mᵒ 1671

[Attested copies from the Suffolk registry of deeds (S. F. 1458.9) show that in 1667 Hawkins mortgaged the property in question to Mr. Thacher for 200*l* at six per cent interest, payable in 1671, in which year he mortgaged the same property to "Mr. Sampson Scheafe" for 177*l* 15*s* 8*d* at

six per cent, payable "within the said yeere." Sheafe's account, presented during a later development of the case, follows (S. F. 1458.11):

| 1671 | Thomas Hawkins of Boston. Inholder. D<sup>r</sup> | |
|---|---|---|

1671           Thomas Hawkins of Boston. Inholder. D<sup>r</sup>

June 15th  To ballance due to mee for w<sup>ch</sup> hee gaue mee a writing for his house & Land . . . . . . . . . . . . . . . . . . 177:15:08

To Cash. p<sup>d</sup> m<sup>r</sup> Thomas Thacher Sen<sup>r</sup> w<sup>ch</sup> s<sup>d</sup> Hawkins owed him for 200<sup>li</sup> principall hee rec<sup>d</sup> at interest due to the last of May . . . . . . . . . . . . . . . . . . . 218:15:00

Octob<sup>r</sup> 19th  To Cash p<sup>d</sup> charges in Suing him for possession & Levying the Execution . . . . . . . . . . . . . . . . . . 001:07:08

To ditto p<sup>d</sup> Recording the severall mortgages & writings . 000:17:00

I disbursed on the house & Land viz:

Aug<sup>o</sup>  2000. boards. 3<sup>li</sup> Locks. 5<sup>s</sup> . . . . . . . . . . . . . 003:05:00

Sept.  Carpenter & Bricklayer . . . . . . . . . . . . . . 013:07:03

Decemb<sup>r</sup>  Goo: Drury for Shingling the house . . . . . . . . 005:05:00

Goo: Cooper for whiting the house . . . . . . . . 002:10:00

May. 7th  Joshua Atwater for Nayles . . . . . . . . . . . . 001:18:01

Interest of 218<sup>li</sup> 15<sup>s</sup> 1<sup>d</sup> May 71 to 20th March 1671 being a yeare 3m<sup>o</sup> 3 dayes . . . . . . . . . . . . . . . 024:12:00

Interest of 186<sup>li</sup> from 15th of June to March 20th being nine monthes . . . . . . . . . . . . . . . . . . . 018:18:00

Interest of 24<sup>li</sup> 5<sup>s</sup> disburst on the house till it was sold . . 000:13:00

So the house & Land cost mee . . . . . . . . . . 467:05:04

49:14:08

And the charge of two actions commenced ag<sup>t</sup> mee since for which I tooke out no Execution I calculate about 15<sup>s</sup> besides writings between m<sup>r</sup> Howlett m<sup>r</sup> Stoughton & my Selfe.

| 1671 | P<sup>r</sup> Contra is C<sup>r</sup> | *li* | *s* | *d* |
|---|---|---|---|---|

1671          P<sup>r</sup> Contra is C<sup>r</sup>                   *li*   *s*   *d*

Octob<sup>r</sup> 19th  per Land & house bought of s<sup>d</sup> Hawkins . . . . . . . 398:15:00

I sold one part to m<sup>r</sup> Howlett if hee paide mee ready mony 287:00:00

The rest to m<sup>r</sup> Stoughton . . . . . . . . . . . . . 280:00:00

567:00:00

Hawkins's comments on the account follow (S. F. 1485. 10):

Thomas Hawkins his Objection ag<sup>t</sup> M<sup>r</sup> Sampson Sheafes Account

In p<sup>rs</sup> To the 2<sup>d</sup> article wherein hee charges p<sup>d</sup> m<sup>r</sup> Thacher 218<sup>li</sup> 15<sup>s</sup> hee desires to see a discharge & the Mortgage delivd<sup>d</sup> up w<sup>ch</sup> hee made to m<sup>r</sup> Thacher for 218<sup>li</sup>:15<sup>s</sup>:

2<sup>ly</sup> Whereas hee charges 1<sup>li</sup>:7<sup>s</sup> 8. for Suing & Levying the Execution, hee desires to see a particuler account thereof.

3<sup>ly</sup> Whereas hee charges for Recording mortgages & other writings 00:17 hee knowes no reason why hee should beare the charge of Recording his papers besides hee was at his own Liberty whether hee would doe or not & if done it was for his own Security.

4<sup>ly</sup> Whereas hee charges 24<sup>li</sup> 5<sup>s</sup> 4<sup>d</sup> for disburstments &<sup>c</sup> hee knowes no reason

why hee should pay anything for hee puld down better covering then hee put on, besides hee charges for Locks & hee knowes not that the house had need of Locks nor of seuerall other things as whiting &c which was altogether unnecessary charges & all without his order & after hee had s^d house in his hands.

5^ly   Whereas hee charges for interest of 218:15 — 24^li 13^s 10^d hee doth not see any ground or reason why hee should allow any more then the 218^li 15^s that being the full w^th interest of what hee owed m^r Thacher for which his house was sold from him & in m^r Sheafes own Acc° hee saith hee bought it in October. 1671. & yet chargeth interest till May 1672 therefore objects ag^t the 24:13:10.

6^ly   Whereas hee charges for interest of 180^li — 18^li 18^s he cannot understand what hee intends by it, besides before hee had the house in his hands w^ch he tooke for his satisfaction; and that hee should turn mee out of my house contrary to his promiss & yet afterwards demand interest hee leaves to any indiffirent men to judge the equity of.

7^ly   Hee Sued mee & recovered a judgm^t ag^t mee before the mortgage was forfited yet afterwards charges as in the two Last Articles no less for interest then 43^li 11:10, contrary to all law or Reason.

8^ly   Whereas hee charges interest for mony Laide out on the houseing; what hee Laide out was after hee had them in his own possession & without any order of mine; besides hee pulls down spoiles & giues away w^t hee pleases & giues no acc° thereof & yet charges for his disburstm^ts interest at his own pleasure.

9^ly   Further by his own account hee sold the houseing for 567^li and by the same Acc° when hee tooke the house from me I owed him but 396:11^s 8^d if m^r Thachers debt were 218^li 15^s but I can proue hee sold the houseing & land for 580^li   So I am wronged in the Sale thereof no less 194^li whereas I can prove upon Oath. hee saide hee would not take a penny more then his first principall.

Boston 22^th Aprill. 1675                                        Thomas Hawkings

Sheafe and Hawkins indulged in much subsequent litigation over this property. See below, pp. 275-7, 416, 564, 684, 705.]